UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ROBIN NEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:08-cv-0087-SEB-WGH |
| vs. ) | |
| ) | |
| INDIANA GAMING COMPANY, L.P., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Pursuant to the Court's Order Addressing Pending Motions, final judgment is hereby entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs.

IT IS SO ORDERED.

Date: __12/31/2009_____

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Laurence F. Alter
ALTER & ALVAREZ
altalv@swbell.net

Catalina M. Alvarez
ALTER & ALVAREZ
altalv@swbell.net

Carrie Atkins Barron
FREKING & BETZ
cbarron@frekingandbetz.com

Becky J. Ganis
FREKING & BETZ LLC
bganis@frekingandbetz.com

David C. Nelson
ALTER & ALVAREZ
altalv@swbell.net

George M. Reul Jr.
FREKING & BETZ, LLC
greul@frekingandbetz.com